UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NOLAND BYRD, a/k/a Mustafa el Shabazz Bey, #21014688<br><br>*Plaintiff,*<br><br>v.<br><br>TRACY HOLMES, et al.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    No. 3:21-CV-1838-X-BH |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has reviewed all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1). No objections were filed. The Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

**IT IS SO ORDERED** this 3rd day of June, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1